IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N F O R M A T I O N** |
| v. | Case No. _____ |
| ELIZABETH DANIELLE MYERS, a/k/a ELIZABETH DANIELLE LARSEN | Violation:  18 U.S.C. § 666(a)(1)(A) |

**Federal Program Theft**
(Funding from U.S. Department of Housing and Urban Development)

The U.S. Attorney Charges:

Between on or about January 1, 2023, and on or about December 31, 2023, in the

District of North Dakota, in Ward County, North Dakota,

ELIZABETH DANIELLE MYERS,
a/k/a ELIZABETH DANIELLE LARSEN,

1) being an agent and employee, specifically, the Executive Director, of Project BEE,

   a non-profit organization located in Minot, North Dakota, whose mission was to

   provide anti-poverty programs;

2) and an organization that received more than $10,000 of federal funds from the

   U.S. Department of Housing and Urban Development (HUD), namely, HUD

   Community Development Block Grant (CDBG) National Disaster Resilience

   (NDR) funds, which passed through the City of Minot to Project BEE, in a twelve-

   month period;

3) during a continuing course of conduct, embezzled, stole, and otherwise without

   authority, knowingly converted to her own use, or to the use of any person other

than the rightful owner, money valued at $5,000 or more, that was owned and under the care, custody, and control of Project BEE; and

4) ELIZABETH DANIELLE MYERS, a/k/a, ELIZABETH DANIELLE LARSEN, knowingly converted $61,182 in Project BEE funds to her own personal use, as listed below:

    a. $55,199 in funds using Project BEE's debit card to pay for her childcare, pet supplies, and other personal expenses, and

    b. $5,983 in funds from Project BEE's operating account to pay for her personal housing rent.

In violation of Title 18, United States Code, Section 666(a)(1)(A).

NICHOLAS W. CHASE
United States Attorney

JJO/tmg